IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNADETTE JOSEPH,<br>Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 07-260 |
| ACCESS DATA CORP., VOYAGER<br>JET CENTER, LLC, and KARL<br>FOERSTER,<br>Defendants. | ) ) ) ) ) | |

O R D E R

AND NOW, this 30th day of November, 2007, after the plaintiff, Bernadette Joseph, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by defendant Access Data Corp., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 41), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment submitted on behalf of Defendant Access Data Corp. (Docket No. 11) is granted.

_____
Gary L. Lancaster
United States District Judge