IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE JOSEPH,<br>　　　Plaintiff,<br><br>　　　vs.<br><br>ACCESS DATA CORP., VOYAGER<br>JET CENTER, LLC, and KARL<br>FOERSTER,<br>　　　Defendants. | Civil Action No. 07-260 |

O R D E R

AND NOW, this 15th day of May, 2008, after the plaintiff, Bernadette Joseph, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by defendants Voyager Jet Center, LLC and Karl Foerster, and after motions to strike were submitted by both the defendants and the plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendants and the response to the objections filed by the plaintiff, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 57), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment submitted on behalf of Defendants Voyager Jet Center, LLC and Karl Foerster (Docket No. 44) is denied.

IT IS FURTHER ORDERED that the motion to strike filed by Defendants (Docket No. 52) is dismissed as moot.

IT IS FURTHER ORDERED that the motion to strike filed by Plaintiff (Docket No. 55) is dismissed as moot.

_____
Gary L. Lancaster
United States District Judge