# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE JOSEPH, | CA: 07-0260 |
| Plaintiff, | JUDGE GARY L. LANCASTER |
| v. | MAGISTRATE JUDGE ROBERT C. MITCHELL |
| VOYAGER JET CENTER, LLC; and KARL FOERSTER, | |
| Defendants. | |

## ORDER

AND NOW, this 29th day of Dec, 2008, it is ORDERED that Plaintiff is granted leave to supplement her pretrial statement by adding Michael Dolan and Robert Ardolino as witnesses and adding the documents attached as Exhibit A to her Motion to Supplement to her Pretrial Statement as Plaintiff's Trial Exhibit 16.

BY THE COURT:

_____