IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE JOSEPH, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-260 |
| ) | |
| VOYAGER JET CENTER, LLC, ) | |
| ET AL., ) | |
|     Defendants. ) | |

## ORDER

AND NOW, this 11th day of February, 2009, IT IS HEREBY ORDERED that the pretrial conference in the instant case, scheduled for February 13, 2009, will now be held on <u>Tuesday, February 17, 2009 at 1:30 p.m.</u>.

IT IS FURTHER ORDERED that the jury selection and trial, scheduled for February 17, 2009, is hereby cancelled.

                                BY THE COURT:

                                <u>s/Gary L. Lancaster</u>, J.
                                Hon. Gary L. Lancaster,
                                United States District Judge

cc:   All Counsel of Record