```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

BERNADETTE JOSEPH,            )
                              )
            Plaintiff,        )
                              )   Civil Action No. 07-0260
      v.                      )
                              )
VOYAGER JET CENTER, LLC and,  )
KARL FOERSTER,                )
                              )
            Defendants.       )

## VERDICT

A. <u>Claim Against Defendant Voyager Jet Center, LLC (Voyager)</u>

1. Do you find that plaintiff has proven by the preponderance of the evidence that defendant Voyager subjected her to quid pro quo sexual harassment which culminated in her constructive discharge?

    Yes_____          No__✓__

    If you answered "Yes" to Question 1, go to Question 2.

    If you answered "No", you have found in favor of defendant Voyager on this claim. Go to Question 5.

2. If you have found in favor of plaintiff on her claim of quid pro quo sexual harassment, do you find that plaintiff is entitled to compensatory damages?

    Yes_____          No_____

    If "Yes", how much?        $ _____

    If "No", plaintiff is entitled to nominal damages of $1.00.

3. If you have found in favor of plaintiff on her claim of quid pro quo sexual harassment, for each of the following categories, please state the amount of money that would fairly and reasonably compensate plaintiff for the damages, if any, she has sustained as a result of the actions by Voyager.

1

           Back pay         $ _____

           Front pay        $ _____

4. If you have found in favor of plaintiff on her claim of quid pro quo sexual harassment, do you find that plaintiff is entitled to punitive damages?

           Yes_____           No_____

If "Yes", how much?      $ _____

B. <u>Claim Against Defendant Karl Foerster</u>

5. Do you find that plaintiff has proven by the preponderance of the evidence that defendant Mr. Foerster committed battery against her?

           Yes_____           No ✓

6. If you have answered "Yes" to Question 5, do you find that plaintiff is entitled to compensatory damages?

           Yes_____           No_____

If "Yes", how much?      $ _____

If "No", plaintiff is entitled to nominal damages of $1.00.

Date: 2/24/09      *[signature]*
                           Foreperson

2/24/09      Christine Katula

2/24/09      Mary Ellen Uttenberger

2/24/09      Theresa Patsch

2/24/09      MaryJo Kennedy

2/24/09   *Edmund Kanitra* (signature)

2/24/09   (signature)