AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN   DISTRICT OF   PENNSYLVANIA

BERNADETTE JOSEPH

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   C.A. 07-260

VOYAGER JET CENTER, LLC and
KARL FOERSTER

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment be, and hereby is, entered in favor of defendants, Voyager Jet Center, LLC and Karl Foerster, and against plaintiff, Bernadette Joseph.

JUDGMENT SO ORDERED AND TO
BE ENTERED IN ACCORDANCE TO
THE VERDICT RENDERED BY THE
JURY.

_____
GARY L. LANCASTER, UNITED STATES DISTRICT JUDGE

FEB 25 2009
Date

Clerk

(By) Deputy Clerk