IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE JOSEPH, | CA: 07-0260 |
| Plaintiff, | JUDGE GARY L. LANCASTER |
| v. | |
| ACCESS DATA CORP.; VOYAGER JET CENTER, LLC; and KARL FOERSTER, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this 6th day of March, 2009, it is hereby ORDERED that Plaintiff is granted leave to file supplemental objections to taxation of costs with supporting memorandum of law on or before March 27, 2009.

BY THE COURT

