IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BERNADETTE JOSEPH,               )
                                 )
         Plaintiff,              )
                                 ) Civil Action No. 07-0260
    v.                           )
                                 )
VOYAGER JET CENTER, LLC and      )
KARL FOERSTER,                   )
                                 )
         Defendants.             )

MEMORANDUM and ORDER

Gary L. Lancaster,
District Judge.                                 May 18, 2009

This is an action in employment discrimination. Plaintiff, Bernadette Joseph, alleged that her former employer, Voyager Jet Center, LLC (Voyager) engaged in quid pro quo sexual harassment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. and the Pennsylvania Human Relations Act, 43 P.S. § 951 et seq. At trial, the jury returned a verdict in favor of defendants. On April 13, 2009, the Clerk of Court taxed costs against plaintiff in the amount of $1,369.79. [Doc. No. 137].

Plaintiff has filed a Motion for Review of Taxation of Costs. [Doc. No. 138]. Plaintiff requests that this court deny the taxation of costs against her because of her indigency. She has filed a declaration in support of her claimed indigency, stating that "[d]ue to my financial circumstances, I am unable to pay any fee to my own counsel, or to reimburse her for the costs she has advanced on my behalf." [Doc. No. 138 at Exhibit A, ¶ 8].

After careful consideration of plaintiff's motion and attached declaration, we nevertheless will not excuse plaintiff from her obligation to pay defendants' costs. First, we note that the assessed costs against plaintiff are modest, especially in light of defendants' requested costs of $13,187.46. [Doc. No. 128]. Moreover, defendants, as the successful parties at a jury trial, are entitled to some compensation for their expenses. In light of these considerations, we find plaintiff's declaration to be less than compelling.

Hence, for the foregoing reasons, we deny plaintiff's Motion for Review of Taxation of Costs [doc. no. 138] and affirm the Clerk's award of costs.

BY THE COURT:

_____, J.

cc: All Counsel of Record